

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00320-CR

**GABRIELA SHAY ESTRADA,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

## From the 19th District Court
## McLennan County, Texas
## Trial Court No. 2020-362-C1

## MEMORANDUM OPINION

Gabriela Shay Estrada appeals from the judgment of conviction and sentence rendered against her on November 1, 2021. Because the trial court's certification of her right of appeal, which Estrada and her counsel signed, indicates that the underlying case was a plea-bargain case and that Estrada has no right of appeal and also that Estrada has waived her right of appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v.*

*State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Estrada may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if she believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Estrada desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.


MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed December 8, 2021
Do not publish
[CR25]

